# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 26, 2021

162356

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

DWIGHT LAMAR BROOME,
    Defendant-Appellant.

SC: 162356
COA: 348261
Oakland CC: 2017-264445-FH

_____/

    On order of the Court, the application for leave to appeal the August 20, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 26, 2021



Clerk

a0519